IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| | ) | Case No. _____ |
| v. | ) | |
| | ) | Violation:  18 U.S.C. § 871 |
| | ) | |
| ERIC ALLEN HIRCHERT | ) | |

**Threats Against the President**

The Grand Jury Charges:

In or about October 2009 through in or about November 2009, in the District of North Dakota,

ERIC ALLEN HIRCHERT

knowingly and willfully made a threat to take the life of the President of the United States, substantially as follows:

Defendant stated his intention to kill the President to family members, repeatedly indicating that he was going to shoot the President;

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

/s/ Grand Jury Foreperson
Foreperson

/s/ Lynn C. Jordheim
LYNN C. JORDHEIM
Acting United States Attorney

BSR:jcv